UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIFFANY ANNE PARKES,<br><br>                              Plaintiff,<br><br>           -against-<br><br>LESTER C. WALKER II, GHETTO GASTRO, INC., GHETTO GASTRO GLOBAL, LLC,<br><br>                              Defendants. | 25-cv-3783 (KMW)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 14, 2025, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   September 18, 2025
         New York, New York

                                                      /s/ Kimba M. Wood
                                                      KIMBA M. WOOD
                                                      United States District Judge